# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1843
LT Case No. 2017-CA-017495

_____

FLORIDA PENINSULA INSURANCE
COMPANY,

    Appellant,

    v.

SUSANNE COOK,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County.
George Paulk, Judge.

Hinda Klein and Samuel B. Spinner, of Conroy Simberg, Hollywood, for Appellant.

Matthew Struble and Christine Deis, of Struble, P.A., Indialantic, for Appellee.

April 2, 2024

PER CURIAM.

    AFFIRMED.

MAKAR, WALLIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____